

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 26, 2018**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| RINCON ISLAND LIMITED § | |
| PARTNERSHIP, § | Case No. 16-33174-hdh-7 |
| § | |
| Debtor. § | |

| | |
|---|---|
| HUNTON ANDREWS KURTH LLP, § | |
| § | |
| Plaintiff, § | |
| § | Adversary No. 18-03053-hdh |
| v. § | |
| § | |
| HVI CAT CANYON, INC., AND § | |
| RILP-H, LLC. § | |
| § | |
| Defendants. § | |

### ORDER ABATING ADVERSARY PROCEEDING
[Relates to Docket No. 7]

Upon the *Agreed Motion to Abate Adversary Proceeding* (the "Motion") [Docket No. 7] filed by Plaintiff Hunton Andrews Kurth LLP and Defendants HVI Cat Canyon, Inc. and RILP-H, LLC, and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. § 1334 and this

HOU:3892765.2

being a core proceeding under 28 U.S.C. § 157(b)(2); and good and adequate notice of the Motion having been given and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the above-styled adversary proceeding is abated until further order of this Court; and it is further

ORDERED that the Parties will file a notice of hearing setting a status conference for October 2019.

### END OF ORDER ###